# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1199
_____

JOSE CRUZ,

    Appellant,

    v.

CORD BYRD, in his official
capacity as Secretary of State of
the State of Florida,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

December 6, 2023

PER CURIAM.

DISMISSED. *See Augustin v. Blount, Inc.*, 573 So. 2d 104 (Fla. 1st DCA 1991) (dismissing appeal where the lower tribunal dismissed the complaint below without prejudice to file an amended complaint that corrects the defects and holding that if the claimant is unwilling or unable to amend the complaint, the proper course is to so advise the lower tribunal and request entry of a final order of dismissal with prejudice, which may be appealed).

BILBREY, M.K. THOMAS, and LONG, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Jose Cruz, pro se, Appellant.

No appearance for Appellee.